UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV, et al.,

        Plaintiffs,

    v.

FRONTIER AIRLINES INC.,

        Defendant.

Case No. 26-cv-01131-TSH

**ORDER RE: MINORS' REPRESENTATION**

Plaintiff Sergey Firsov, representing himself, seeks to bring this complaint on behalf of himself and his two minor children, L.F. and V.F., as their guardian ad litem.  Generally, an adult litigant may represent himself in federal court.  28 U.S.C. § 1654.  Minor children are prohibited from representing themselves, but they may be represented by a guardian ad litem.  Fed. R. Civ. P. 17(c).  A guardian ad litem, however, may not represent a minor without retaining a lawyer. *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997).  This rule is based on the common-law doctrine that "a non-lawyer 'has no authority to appear as an attorney for others than himself.'"  *Id*. (quoting *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987)); *see also Grizzell v. San Elijo Elementary Sch.*, 110 F.4th 1177, 1181 (9th Cir. 2024) (A "parent may not proceed *pro se* on her children's behalf."), *cert. denied,* 145 S. Ct. 2701 (2025). "If a lawyer is not secured to bring suit on behalf of the minor, the complaint should be dismissed."  *Van Kim Lai v. Vanhart*, 2010 WL 11586756, at *3 (N.D. Cal. May 7, 2010) (citing *Duarte v. Figueroa*, 2006 U.S. Dist. LEXIS 15752, at *3 (N.D. Cal. Mar. 21, 2006)).

Accordingly, the Court **ORDERS** as follows: either (1) Plaintiff Sergey Firsov shall file an amended complaint by March 5, 2026, that omits any claims purportedly brought on behalf of his minor children; or (2) counsel shall file a notice of appearance on behalf of Plaintiffs L.F. and V.F.

United States District Court
Northern District of California

by March 5, 2026.  If Plaintiff Sergey Firsov does not file an amended complaint, or counsel does not appear on behalf L.F. and V.F., the undersigned will recommend the minors' claims be dismissed from this case without prejudice for lack of counsel.

**IT IS SO ORDERED.**

Dated: February 5, 2026

_____

THOMAS S. HIXSON
United States Magistrate Judge