**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SERGEY FIRSOV, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**FRONTIER AIRLINES INC.,**<br><br>Defendant. | Case No.: 4:26-cv-1131-YGR<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PAY FEES** |

By Order issued on May 18, 2026, plaintiff was directed to pay the required court fees by June 15, 2026 or the action would be dismissed without prejudice.  As of June 18, 2026, plaintiff failed to do so and failed to communicate in any manner with the Court.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: June 18, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**